

# Case Assignment
# Standard CivilAssignment

Case number **1:07CV-152-R**

Assigned : Judge Thomas B. Russell
Judge Code : 4413

Assigned on 09/07/2007

[ Request New Judge ] ..... [ Return ]